AXEL YOUNG, Respondent, *v.* GEORGE C. TILYOU et al., Appellants, Impleaded with Others.

*Young* v. *Tilyou*, 112 App. Div. 923, appeal dismissed.
(Submitted May 14, 1906; decided May 22, 1906.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain defendants from obstructing a roadway which had been used by plaintiff under a lease for many years and to compel the removal of obstructions already thereon.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence, that no questions of law were involved and permission to appeal had not been granted.

*Walter E. Warner* for motion.

*Henry E. Heistad* opposed.

Motion granted and appeal dismissed, with costs, but without costs of motion.

---

STANISLAS DUBUC, Respondent, *v.* LAZELL, DALLEY & COMPANY, Appellant.

*Dubuc* v. *Lazell, Dalley & Co.*, 102 App. Div. 614, affirmed.
(Argued May 9, 1906; decided May 25, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1905, affirming a judgment in favor of plaintiff and an order denying a motion for a new trial in an action to recover for an alleged breach of contract of employment.

*Austen G. Fox* and *George H. Fletcher* for appellant.

*Lyman E. Warren* and *Alfred E. Merrill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.